UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
          :
RAYMOND BONNER,          :
          :
        Plaintiff,          :
          :     19-CV-9762 (JMF)
      -v-          :
          :     ORDER
CENTRAL INTELLIGENCE AGENCY and          :
FEDERAL BUREAU OF INVESTIGATION,          :
          :
        Defendants.          :
          X
------------------------------------------------------------------------

JESSE M. FURMAN, United States District Judge:

      This case arises under the Freedom of Information Act, Title 5, United States Code, Section 552.  All counsel are required to register promptly as filing users on ECF and to familiarize themselves with the SDNY ECF Rules & Instructions, which are available at http://nysd.uscourts.gov/ecf_filing.php.  **All counsel must also familiarize themselves with the Court's Individual Rules, which are available at http://nysd.uscourts.gov/judge/Furman.**

      It is hereby ORDERED that no later than **two weeks from the date of this Order,** the parties shall submit a joint letter — not to exceed two pages — indicating whether there is any need for discovery or an initial conference in this case.  If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

      If this case has been settled or otherwise terminated, counsel are not required to submit such letter, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the deadline, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

      Finally, it is ORDERED that within **two business days** of the date of this Order, Plaintiffs shall serve a copy of this Order on Defendant and file proof of such service on the docket.

      SO ORDERED.

Dated: October 23, 2019
      New York, New York
                                                        JESSE M. FURMAN
                                                       United States District Judge