

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

June 1, 2020

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

        Re:    *Bonner v. Central Intelligence Agency et al.*,
                No. 19 Civ. 9762 (JMF)

Dear Judge Furman:

      This Office represents defendants the Central Intelligence Agency ("CIA") and Federal Bureau of Investigation ("FBI") in the above-referenced Freedom of Information Act ("FOIA") matter. We write respectfully on behalf of the parties to provide the Court with a status report.

      As explained in our prior status report (ECF No. 26), late last month, the FBI resumed limited FOIA operations with a small number of personnel. The FBI's FOIA operations remain limited. Nonetheless, the agency has made progress on plaintiff's request, and on May 29, 2020, it released in part 45 pages of responsive records.

      The CIA is also undertaking limited FOIA operations, although its FOIA staffing and processing capabilities have been significantly reduced and have not yet returned to normal. The CIA has made some limited progress on plaintiff's request, but has not yet completed review and processing of any responsive records, and therefore has not made any productions.

      The agencies plan to continue to work on responding to plaintiff's request as staffing levels and circumstances allow. However, in light of the agencies' continued reduced FOIA operations, and the uncertainty surrounding when those operations might return to normal levels, we respectfully request that the Court continue to stay the deadlines in this case indefinitely, and that the parties continue to submit status reports on the first business day of each month.

We thank the Court for its consideration of this letter.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney for the
        Southern District of New York

By: */s/ Christopher Connolly*
    SARAH S. NORMAND
    CHRISTOPHER CONNOLLY
    Tel.: (212) 637-2709/2761

    *Counsel for Defendants*


    MEDIA FREEDOM AND
    INFORMATION
    ACCESS CLINIC

By: */s/ David A. Schulz*_____
    David A. Schulz
    Tel: (212) 850-6103

    *Counsel for Plaintiff*