```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RAYMOND BONNER,

                Plaintiff,                    19 **CIVIL** 9762 (JMF)

    -against-                      **JUDGMENT**

CENTRAL INTELLIGENCE AGENCY, et al.,
                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 28, 2021, the CIA's motion for summary judgment is GRANTED and Bonner's cross-motion for summary judgment is DENIED with respect to the Mitchell Report and the Classified Cable Correspondence. By contrast, the CIA's motion is DENIED and Bonner's cross-motion is GRANTED with respect to the Draft Intelligence Report, which the CIA shall disclose to Bonner within one week of the date of the Opinion and Order; accordingly, the case is closed.

**Dated:**  New York, New York
           July 28, 2021

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                        **BY:**

                                                    **Deputy Clerk**